FILED
US BANKRUPTCY COURT CLERK
WEST. DIST. KY
14 JUL 17 AM 10:47

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:

LAWRENCE & DIANE SMITH CASE NO. 09-35423

Debtor(s)

## MOTION TO DISBURSE UNCLAIMED MONIES

It appearing that in the above-named case a dividend check in the amount of $3,903.08 made payable to Commissary Operations, Inc., Creditor, was unnegotiated by said Creditor, the Trustee having issued a stop payment on the unnegotiated dividend check, and the Clerk having subsequently deposited the funds into the Registry Account for Unclaimed Monies to be held in said account for the benefit of the Creditor,

The Creditor, Commissary Operations, Inc., through its Assignee, Tannor Partners Credit Fund, LP ("Tannor"), now moves this Court to order the disbursement of said funds held in the Registry Account for Unclaimed Monies, and in support of this Motion states:

1. Commissary Operations Inc. which had a DBA COI Foodservice filed for Chapter 11 bankruptcy on July 22, 2008. As of November 14, 2013, Tannor Partners Credit Fund LP purchased all the remnant assets of the Commissary Operations Inc. estate.
2. Tannor understands that a check in the amount of $3,903.08 dated June 21, 2013 was not cashed and/or returned as undeliverable. This was discovered upon our receipt of the Notice of Unclaimed Funds (Exhibit "A"), from counsel for Commissary Operations, Inc.
3. Tannor believes the reason the dividend was not previously negotiated is that it was sent to an old address. The Creditor had filed a change of address on May 30, 2012 (Exhibit "B").

4. Upon information and our belief, we believe no other party is entitled to the unclaimed monies.

As evidence in support of the Motion, Tannor has included the following:

1. Proof of Acquisition of Commissary Operations' remnant assets by Tannor Partners Credit Fund, LP – Such Assignment was duly filed in the United States Bankruptcy Court for the Middle District of Tennessee – Nashville Division on November 14, 2013 (Exhibit "C").

2. Tannor Partners Credit Fund LP's current address is:

   Tannor Partners Credit Fund, LP
   c/o Tannor Capital Management LLC
   150 Grand St, Suite 401
   White Plains, NY 10601

   We have provided a copy of a Tannor Capital Management LLC Verizon phone bill as evidence of the current address (Exhibit "D").

3. Signed affidavit of Robert Tannor, General Partner, of Tannor Partners Credit Fund, LP, that Robert Tannor is a duly authorized representative of Tannor Partners Credit Fund, LP (Exhibit "E").

4. Proof of Authorization for Tannor Capital Management LLC (or Robert Tannor as Sole Member) to act on behalf of Tannor Partners Credit Fund, LP as demonstrated by the highlighted sections in the extract from an Investment Management Agreement by and between Tannor Capital Management LLC and Tannor Partners Credit Fund, LP (Exhibit F").

WHEREFORE, Claimant through its Assignee, Tannor Partners Credit Fund, LP, requests that the Court issue an order directing the Clerk to make disbursement of said funds held

in the Registry Account for Unclaimed Monies for the benefit of the Creditor, Commissary Operations, Inc. .

Robert J. Tannor
*pro se*
Tannor Partners Credit Fund, LP
As Assignee of "Commissary Operations, Inc."
150 Grand St, Suite 401
White Plains, NY 10601
(914) 509-5000

**CERTIFICATE OF MAILING**

I hereby certify that on July 15, 2014 a true and correct copy of the foregoing Motion to Disburse Unclaimed Monies was served upon the Unites States Attorney for the Western District of Kentucky, Bank of Louisville Building, 510 West Broadway, Louisville, Kentucky 40202.

Robert J. Tannor
*pro se*
Tannor Partners Credit Fund, LP
As Assignee of "Commissary Operations, Inc."
150 Grand St, Suite 401
White Plains, NY 10601
(914) 509-5000

# Exhibit A

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
)
LAWRENCE & DIANE SMITH ) CASE NO. 09-35423
Debtors )
)

NOTICE OF UNCLAIMED FUNDS - RULE 3011

Wm. Stephen Reisz, trustee herein, hereby notices the Clerk of this Court that the following check, issued more than 90 days ago, remains uncashed and/or returned as undeliverable;

| Date of Check | Claimant | Amount |
|---|---|---|
| June 21, 2013 | Commissary Operations, Inc.<br>Harrell Howard Hyne Gabbert & Manner, PC<br>315 Deaderick St, Suite 1800<br>Nashville, TN 37283 | $3,903.08 |

By reason of the above, the trustee encloses estate check number 11011 in the sum of $3,903.08 payable to the Clerk, U.S. Bankruptcy Court, for deposit in the Treasury Account for Unclaimed Moneys, (11 U.S.C. §347).

/s/ Wm. Stephen Reisz

Wm. Stephen Reisz, trustee
Suite 2450
500 W. Jefferson St.
Louisville, Ky. 40202
(502) 561-7550

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

12 MAY 30 AM 9:47

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LAWRENCE RICHARD SMITH and DIANE LYNN SMITH, | ) | Case No. 09-35423 Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF CHANGE OF ADDRESS FOR COUNSEL FOR CREDITOR COMMISSARY OPERATIONS, INC.**

PLEASE TAKE NOTICE that the office address of the undersigned attorney of record for creditor Commissary Operations, Inc. has changed.

The old address:

J. David McDowell
Harwell Howard Hyne Gabbert & Manner, P.C.
315 Deaderick Street, Suite 1800
Nashville, Tennessee 37238

The **new** address:

J. David McDowell
Harwell Howard Hyne Gabbert & Manner, P.C.
**333 Commerce Street, Suite 1500**
Nashville, Tennessee **37201**

PLEASE TAKE FURTHER NOTICE that the address change should be noted with regard to **Proof of Claim Number 5-1** for creditor Commissary Operations, Inc.

The referenced attorney requests that effective immediately, all papers in the action be served upon him at the above new office address.

Dated: May 24, 2012.

Respectfully Submitted,

HARWELL HOWARD HYNE
GABBERT & MANNER, P.C.

J. David McDowell (TN BPR #024588)
333 Commerce Street, Suite 1500
Nashville, Tennessee 37201
(615) 256-0500 – Telephone
(615) 251-1059 - Facsimile
jdm@h3gm.com

Attorneys for Commissary Operations, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was placed in the United States Mail, postage prepaid, this 24th day of May, 2012 to the following:

G. Denise Brown
Denise Brown's Legal Direction
327 Guthrie Street
Louisville, KY 40202
Attorney for Debtors

William Stephen Reisz
500 W. Jefferson Street, Suite 2450
Louisville, KY 40202
Chapter 7 Trustee

Scott J. Goldberg
Office of the U.S. Trustee
601 W. Broadway, Room 512
Louisville, KY 40202

J. David McDowell

**Exhibit C**

Proof of Acquisition

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| COMMISSARY OPERATIONS, INC. | ) | Case No. 308-06279 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Harrison |

**NOTICE OF TRANSFER AND SALE OF REMNANT ASSETS**

Commissary Operations, Inc., by and through its Dissolution Agent Lloyd Baldridge, hereby gives notice that the Debtor has sold and assigned to Tannor Partners Credit Fund, LP, having an address of 150 Grand Street, Suite 401, White Plains, New York 10601, all of Debtor's right, title and interest in and to all Debtor's remaining assets, including but not limited to certain claims in the pending Processed Egg Products Antitrust Litigation, any checks not cashed or returned from the forthcoming final distribution to creditors, and/or any judgments held by Debtor, including but not limited to the judgment against Mermaid Spice. This sale expressly excludes all cash currently held by the Debtor.

Respectfully submitted,

HARWELL HOWARD HYNE
GABBERT & MANNER, P.C.

/s/ Glenn B. Rose
Glenn B. Rose
333 Commerce Street, Suite 1500
Nashville, TN 37201
Telephone: 615-256-0500
Facsimile: 615-251-1059
Email: gbr @h3gm.com

Attorneys for the Dissolution Agent

# Exhibit D



| Manage Your Account | Phone Number | Account Number | Billing Date |
|---|---|---|---|
| at verizon.com/businessbillview | 914-948-3492 | 914 948 3492 979 69 6 | 11/1/2013 |

Proof Of Current Address

**Verizon News**

## Protect Your Data

Call 1-888-596-8035 today to find out how you can protect your business' data with Verizon's Internet Security and Online Backup services. Take advantage of this limited-time offer, and keep your business safe.

## Questions About Your Bill?

For the help & support you need, contact us at 1-800-Verizon.

## Get Your Business Out There

Use Business WebListings to reach customers & promote your business online. Plus, maintain the accuracy of your business info online and let customers learn about products and services you offer. Call 1-888-447-6055 to learn more.

## Quick Bill Summary for

TANNOR CAPITAL MANAGEMENT

| | | |
|---|---|---|
| Previous Balance | | $307.90 |
| Payment Received Oct 15 | | -$307.90 |
| **Balance Forward** | | **$.00** |
| **New Charges** | | |
| Verizon Solutions for Business | (See pg 3) | $191.99 |
| Voice Additional Services | | $13.47 |
| TV Additional Services | | $19.98 |
| Internet Additional Services | | $20.00 |
| Taxes, Governmental Surcharges and Fees | | $11.89 |
| Verizon Surcharges and Other Charges & Credits | | $36.04 |
| **Total New Charges Due by November 13, 2013** | | **$293.37** |
| **Total Amount Due** | | **$293.37** |

**Balances carried to the next bill may be assessed a 1.5% late payment charge.**

| Direct Payment Enrollment | Online Billing & Payment | Questions about your bill? |
|---|---|---|
| verizon.com/businessbillpay | verizon.com/businessbillview | verizon.com or See Page 2 How to Reach Us |



Account Number 914 948 3492 979 69 6

**Total Amount: $293.37** 110113

Total Amount Due will be charged to Credit Card on 11/13/13 DO NOT PAY



00007181 01 AT 0.384 V6921411 0032 XX
TANNOR CAPITAL MANAGEMENT
LLC
150 GRAND ST FL 4
WHITE PLAINS NY 10601-4846

C12

020091494834929790692104 1333900000000000000002933700

**Exhibit E**

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In Re:

LAWRENCE & DIANE SMITH

Case No. 09-35423

Debtor(s)

---

AFFIDAVIT

STATE OF ~~NEW YORK~~ Connecticut )
) ss.: Greenwich
COUNTY OF ~~WESTCHESTER~~ Fairfield )

ROBERT TANNOR, being duly sworn, deposes and says:

1. I hereby state that the undersigned is the General Partner of Tannor Partners Credit Fund, LP.

2. I hereby state that the undersigned is a duly authorized representative of the Limited Partnership.

Robert Tannor

Sworn to before me this 16 day of July, 2014

Notary Public

JEAN M MAHOOD
Notary Public
Connecticut
My Commission Expires Mar 31, 2016

# Exhibit F

Proof of Authorization

**EXECUTION COPY**

Extract From

**INVESTMENT MANAGEMENT AGREEMENT**

---

**BY AND BETWEEN**

**TANNOR CAPITAL MANAGEMENT, LLC**

**AND**

**TANNOR PARTNERS CREDIT FUND, LP**

**JUNE 16, 2011**

# INVESTMENT MANAGEMENT AGREEMENT

*

**THIS INVESTMENT MANAGEMENT AGREEMENT** (this "**Agreement**") is entered into and shall be effective as of the 16th day of June, 2011 (the "**Commencement Date**"), between TANNOR CAPITAL MANAGEMENT, LLC, a New York limited liability company (formerly known as Creditor Liquidity Asset Management, LLC) ("**Manager**") and TANNOR PARTNERS CREDIT FUND, LP, a Delaware limited partnership (the "**Fund**").

REDACTED FOR CONFIDENTIALITY

## AGREEMENT

**NOW, THEREFORE**, in consideration of the background, the mutual agreements contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Fund and Manager hereby agree as follows:

Redacted for Confidentiality

REDACTED FOR CONFIDENTIALITY



2.3. Authority. Manager shall have full authority as set forth herein to take any action necessary or desirable to perform its duties and services pursuant to this Agreement, subject to any limitations imposed by Law, or as specifically set forth in this Agreement or any other Tannor Fund Document. The General Partner has delegated responsibility for a portion of the administrative, management, supervisory, investment and related services in connection with the Fund to Manager. However, the General Partner shall maintain ultimate control over the Fund, and any authority granted to Manager shall be subject to the ultimate control and authority of the General Partner.

IN WITNESS WHEREOF, the Parties have executed this Investment Management Agreement of Tannor Partners Credit Fund, LP effective as of the Commencement Date.

MANAGER:

**TANNOR CAPITAL MANAGEMENT, LLC**

By: ____________________
Robert J. Tannor
Managing Member

FUND:

**TANNOR PARTNERS CREDIT FUND, LP**

By: TANNOR CAPITAL ADVISORS, LLC,
its General Partner

By: ____________________
Robert J. Tannor
Managing Member